**Dallas Buyers Club**

| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 50.129.45.196 | 2/7/14 01:02:40 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Dowagiac | Cass |
| 2 | 68.42.205.31 | 2/4/14 06:43:20 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Holland | Ottawa |
| 3 | 68.43.180.52 | 2/4/14 01:02:09 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Grand Rapids | Kent |
| 4 | 71.206.96.119 | 2/3/14 06:11:38 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Lansing | Eaton |
| 5 | 71.205.200.7 | 2/2/14 04:05:25 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Okemos | Ingham |
| 6 | 68.62.86.186 | 2/2/14 03:03:57 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | East Lansing | Ingham |
| 7 | 98.250.85.62 | 1/31/14 06:23:12 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Muskegon | Muskegon |
| 8 | 71.206.98.248 | 1/31/14 05:04:53 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Lansing | Eaton |
| 9 | 68.43.38.137 | 1/30/14 10:04:15 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Ada | Kent |
| 10 | 68.61.36.188 | 1/29/14 07:50:25 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Grand Rapids | Kent |
| 11 | 67.172.91.113 | 1/29/14 10:18:04 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Grand Rapids | Kent |
| 12 | 68.43.148.247 | 1/28/14 05:53:35 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Holt | Ingham |
| 13 | 98.243.178.43 | 1/28/14 02:00:56 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Ada | Kent |
| 14 | 76.23.92.83 | 1/28/14 09:37:50 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Bridgman | Berrien |
| 15 | 68.40.36.77 | 1/27/14 08:33:25 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Grand Rapids | Kent |
| 16 | 76.20.182.185 | 1/27/14 05:22:19 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Ada | Kent |
| 17 | 98.206.66.44 | 1/26/14 11:04:43 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Benton Harbor | Berrien |
| 18 | 68.84.190.52 | 1/26/14 10:23:59 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Lansing | Eaton |
| 19 | 98.209.199.186 | 1/26/14 09:40:19 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Battle Creek | Calhoun |
| 20 | 98.220.22.177 | 1/26/14 05:26:22 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Berrien Springs | Berrien |
| 21 | 98.209.136.37 | 1/26/14 02:32:13 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Grand Rapids | Kent |
| 22 | 98.209.36.149 | 1/26/14 06:02:40 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Grand Rapids | Kent |
| 23 | 98.209.31.62 | 1/26/14 01:06:38 AM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Grand Rapids | Kent |
| 24 | 98.226.51.127 | 1/25/14 10:54:39 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | Niles | Berrien |
| 25 | 71.206.125.247 | 1/25/14 02:45:28 PM | SHA1: 9DE63BACB65CE4BBB853F57D4843410D1F09FFBD | Comcast Cable | East Lansing | Ingham |

**Exhibit B**